# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Wardlaw, Kim M. | United States Court of Appeals for the Ninth Circuit | 07/15/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Circuit Judge, Active | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

United States Court of Appeals for the Ninth Circuit
125 South Grand Avenue, Suite 500
Pasadena, California 91105

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | ▓▓▓▓▓▓▓▓▓ |
| 2. | Board Member | ▓▓▓▓▓▓▓▓▓▓▓▓▓ |
| 3. | Board Member | ▓▓▓▓▓▓▓ |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 07/15/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 04/01/2014 | UCLA - Regent's Lecturer/Teaching | $7,500.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 07/15/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 07/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ROTH IRA | | | | | | | | | |
| 2. AMERICAN FUNDS NEW PERSPECTIVE FUND | D | Dividend | O | T | Sold (part) | 01/30/14 | J | A | |
| 3. | | | | | Sold (part) | 05/01/14 | J | A | |
| 4. | | | | | Sold (part) | 07/31/14 | J | A | |
| 5. | | | | | Sold (part) | 10/30/14 | J | A | |
| 6. CAPITAL GROUP CORE BOND FUND | D | Dividend | O | T | Buy | 09/09/14 | L | | |
| 7. CAPITAL WORLD GROWTH & INCOME FD | E | Dividend | O | T | Sold (part) | 09/09/14 | L | E | |
| 8. SSGA US GOV MONEY MARKET FUND | | None | J | T | | | | | |
| 9. Schwab Pension Acct (IRA) | | | | | | | | | |
| 10. Abbott Labs Com Stock | A | Dividend | J | T | | | | | |
| 11. Abbvie | A | Dividend | | | Sold | 02/25/14 | K | D | |
| 12. American Express Com Stock | A | Dividend | K | T | Sold (part) | 02/25/14 | J | C | |
| 13. Apache Corp Com Stock | A | Dividend | K | T | | | | | |
| 14. Apple Corp Com Stock | A | Dividend | K | T | | | | | |
| 15. Berkshire Hathaway | | None | K | T | | | | | |
| 16. BHP Billiton Com Stock | A | Dividend | K | T | | | | | |
| 17. Blackrock Inc Com Stock | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 07/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Boeing Co. | A | Dividend | K | T | Buy | 02/25/14 | K | | |
| 19. Celgene Corp | | None | K | T | Buy | 02/25/14 | K | | |
| 20. Cerner Corp Com Stock | | None | K | T | Sold (part) | 02/14/14 | J | D | |
| 21. Chevron Corp Com Stock | B | Dividend | K | T | | | | | |
| 22. Citicorp | A | Dividend | K | T | | | | | |
| 23. Colgate-Palmolive Com Stock | A | Dividend | K | T | | | | | |
| 24. Conocophillips Com Stock | B | Dividend | K | T | | | | | |
| 25. Cummings Inc. | A | Dividend | K | T | | | | | |
| 26. CVS Caremark | A | Dividend | | | Sold | 01/02/14 | K | D | |
| 27. Danaher Corp Com Stock | A | Dividend | K | T | | | | | |
| 28. The Walt Disney Co. Com Stock | A | Dividend | L | T | Sold (part) | 02/26/14 | J | C | |
| 29. DuPont Co Com Stock | A | Dividend | | | Sold | 08/27/14 | K | D | |
| 30. EMC Corp Com Stock | A | Dividend | K | T | | | | | |
| 31. Ebay Inc. | | None | K | T | Buy | 01/08/14 | K | | |
| 32. GE Com Stock | B | Dividend | K | T | | | | | |
| 33. Gilead Sciences Inc. | | None | K | T | Buy | 02/14/14 | K | | |
| 34. | | | | | Buy | 03/07/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 07/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Google Inc. Com Stock | | None | K | T | Sold (part) | 02/25/14 | J | D | |
| 36. Holly Frontier Corp. | A | Dividend | J | T | Buy | 02/26/14 | J | | |
| 37. IBM Com Stock | A | Dividend | K | T | | | | | |
| 38. Intel Corp Com Stock | A | Dividend | K | T | | | | | |
| 39. Intuit Inc | A | Dividend | K | T | | | | | |
| 40. JP Morgan Chase Com Stock | B | Dividend | K | T | | | | | |
| 41. Lowes Companies | A | Dividend | L | T | | | | | |
| 42. Merck & Co Com Stock | B | Dividend | K | T | | | | | |
| 43. Nextera Energy | B | Dividend | K | T | | | | | |
| 44. Nike Inc Com Stock | A | Dividend | K | T | Sold (part) | 11/18/14 | J | D | |
| 45. Novo - Nordisk | A | Dividend | K | T | Sold (part) | 03/07/14 | J | B | |
| 46. Oracle Corp | A | Dividend | K | T | | | | | |
| 47. Pepsico Inc Com Stock | B | Dividend | K | T | | | | | |
| 48. Proctor & Gamble Com Stock | A | Dividend | K | T | | | | | |
| 49. Qualcomm Inc. Com Stock | A | Dividend | K | T | | | | | |
| 50. Roche Hldg Ltd | B | Dividend | K | T | | | | | |
| 51. Schlumberger Ltd | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 07/15/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Sempra Energy Com Stock | A | Dividend | K | T | | | | | |
| 53. Target Corp Com Stock | B | Dividend | K | T | | | | | |
| 54. TCP Capital Corp | B | Dividend | J | T | Buy | 07/29/14 | K | | |
| 55. Union Pacific Corp Com Stock | A | Dividend | L | T | | | | | |
| 56. Verizon Com Stock | B | Dividend | K | T | | | | | |
| 57. 1Shares MSCI Index Fund | D | Dividend | M | T | | | | | |
| 58. 1Shares Small Cap Index Fund | B | Dividend | L | T | | | | | |
| 59. Vanguard Emerging Market Fund | B | Dividend | L | T | | | | | |
| 60. CAPITAL TRUST ACCOUNT | | | | | | | | | |
| 61. ABBVIE INC | B | Dividend | L | T | Buy | 01/07/14 | J | | |
| 62. | | | | | Buy | 03/31/14 | J | | |
| 63. | | | | | Buy | 04/01/14 | J | | |
| 64. | | | | | Buy | 04/02/14 | J | | |
| 65. | | | | | Buy | 04/03/14 | J | | |
| 66. | | | | | Sold (part) | 10/17/14 | J | A | |
| 67. ACCENTURE PLC | A | Dividend | K | T | | | | | |
| 68. ACE LTD | B | Dividend | L | T | Buy | 01/13/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 07/15/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. AIR PRODUCTS & CHEMICALS INC. | B | Dividend | L | T | Sold (part) | 03/31/14 | J | D | |
| 70. ALLEGHENY TECHNOLOGIES INC. | A | Dividend | | | Sold (part) | 07/28/14 | J | B | |
| 71. | | | | | Sold (part) | 07/29/14 | K | C | |
| 72. | | | | | Sold (part) | 07/30/14 | J | B | |
| 73. | | | | | Sold (part) | 07/31/14 | J | B | |
| 74. | | | | | Sold (part) | 08/06/14 | J | B | |
| 75. | | | | | Sold (part) | 08/07/14 | J | B | |
| 76. | | | | | Sold | 08/08/14 | J | C | |
| 77. ALLERGAN INC. | A | Dividend | | | Sold (part) | 03/27/14 | J | D | |
| 78. | | | | | Sold | 03/28/14 | K | E | |
| 79. AMERICAN TOWER CORP | A | Dividend | L | T | Sold (part) | 03/31/14 | J | B | |
| 80. | | | | | Donated (part) | 12/11/14 | | | |
| 81. AMERISOURCEBERGEN CORP | A | Dividend | L | T | Buy | 05/07/14 | J | | |
| 82. | | | | | Buy | 05/08/14 | J | | |
| 83. | | | | | Buy | 09/24/14 | J | | |
| 84. | | | | | Buy | 09/25/14 | J | | |
| 85. AON PLC | A | Dividend | K | T | Buy | 03/31/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 07/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy | 04/01/14 | J | | |
| 87. APPLE INC | B | Dividend | L | T | Sold (part) | 03/27/14 | K | C | |
| 88. ASTRAZENECA PLC ADR | | None | K | T | Buy | 08/26/14 | K | | |
| 89. AUTOMATIC DATA PROCESSING INC | B | Dividend | L | T | Buy | 01/07/14 | L | | |
| 90. | | | | | Buy | 03/27/14 | K | | |
| 91. | | | | | Buy | 10/28/14 | L | | |
| 92. | | | | | Buy | 10/29/14 | L | | |
| 93. AVAGO TECHNOLOGIES LTD | A | Dividend | L | T | Buy | 01/07/14 | J | | |
| 94. | | | | | Buy | 03/27/14 | K | | |
| 95. BAY AREA TOLL AUTH 06C2 CA VAR 04/01/45 | C | Interest | M | T | | | | | |
| 96. BB&T CORP | B | Dividend | L | T | Sold (part) | 03/27/14 | J | B | |
| 97. | | | | | Sold (part) | 03/28/14 | J | C | |
| 98. | | | | | Sold (part) | 03/31/14 | J | B | |
| 99. | | | | | Sold (part) | 04/01/14 | J | B | |
| 100. | | | | | Sold (part) | 04/02/14 | J | B | |
| 101. B/E Aerospace | | None | K | T | | | | | |
| 102. BEAM INC | | None | | | Sold | 01/14/14 | L | E | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 07/15/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  BLACKROCK INC | A | Dividend | | | Sold (part) | 04/21/14 | K | D | |
| 104. | | | | | Sold (part) | 04/23/14 | K | D | |
| 105. | | | | | Sold | 06/27/14 | K | D | |
| 106.  BOEING CO | B | Dividend | L | T | Buy | 03/26/14 | K | | |
| 107.  BRISTOL-MYERS SQUIBB CO | C | Dividend | M | T | Sold (part) | 01/07/14 | K | D | |
| 108. | | | | | Sold (part) | 03/31/14 | J | C | |
| 109. | | | | | Sold (part) | 04/01/14 | J | A | |
| 110.  BROADCOM CORP | A | Dividend | K | T | Sold (part) | 06/20/14 | J | C | |
| 111.  CA HLTH FAC CEDAR-SINAI MED 5.0% 08/15/21 | D | Interest | M | T | | | | | |
| 112.  CA HLTH HENRY MAYO NEWHALL MEM HOSP AGM | C | Interest | M | T | Buy | 01/23/14 | M | | |
| 113.  CA ED FAC UNIV OF SAN FRANCISCO 5.0% 10/01/21 | C | Interest | M | T | | | | | |
| 114.  CA PUB WKS REGENTS UNIV CA C1 5.0% 03/01/19 | D | Interest | M | T | | | | | |
| 115.  CA ST ECON REC 09A 5.0% 07/01/20 Total | C | Interest | M | T | | | | | |
| 116.  CA ST GO 5.0% 02/01/20 | C | Interest | M | T | | | | | |
| 117.  CA ST GO NATL 5.0% 06/01/15 | D | Interest | M | T | | | | | |
| 118.  CA ST JOSEPH HLTH HOSP CA-F AGM 5.25% 07/01/16 | D | Interest | M | T | | | | | |
| 119.  CA STWD ST JOSEPHS HLTH FSA 4.5% 07/01/18 | D | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 07/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. CALIFORNIA ST ECON REC 09A 5% 07/01/19 | C | Interest | M | T | | | | | |
| 121. CALIFORNIA ST UNIV REVENUE SER A 5.0% 11/01/17 | B | Interest | K | T | | | | | |
| 122. CATERPILLAR INC | B | Dividend | K | T | | | | | |
| 123. CENTENE CORP | | None | | | Sold (part) | 01/17/14 | J | B | |
| 124. | | | | | Sold (part) | 01/21/14 | J | B | |
| 125. | | | | | Sold (part) | 01/22/14 | J | B | |
| 126. | | | | | Sold (part) | 01/23/14 | J | B | |
| 127. | | | | | Sold | 01/27/14 | J | B | |
| 128. CENTRAL VLY COGEN CARSON-ICE 3.5% 07/01/14 | D | Interest | | | Matured | 07/01/14 | M | | |
| 129. CME GROUP INC | C | Dividend | L | T | | | | | |
| 130. CARNIVAL CORP COMMON PAIRED STOCK | A | Dividend | K | T | Sold (part) | 03/11/14 | J | B | |
| 131. | | | | | Sold (part) | 04/21/14 | J | A | |
| 132. | | | | | Sold (part) | 04/22/14 | J | B | |
| 133. CDK GLOBAL INC. | | None | | | Buy | 09/24/14 | K | | |
| 134. | | | | | Sold (part) | 10/01/14 | J | A | |
| 135. | | | | | Sold | 10/15/14 | J | A | |
| 136. CENOVUS ENERGY INC | A | Dividend | | | Buy | 06/26/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 07/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy | 06/27/14 | J | | |
| 138. | | | | | Buy | 06/30/14 | J | | |
| 139. | | | | | Buy | 07/02/14 | J | | |
| 140. | | | | | Buy | 07/10/14 | J | | |
| 141. | | | | | Buy | 07/11/14 | J | | |
| 142. | | | | | Buy | 07/24/14 | J | | |
| 143. | | | | | Buy | 07/25/14 | J | | |
| 144. | | | | | Buy | 07/28/14 | J | | |
| 145. | | | | | Buy | 08/05/14 | J | | |
| 146. | | | | | Buy | 08/06/14 | J | | |
| 147. | | | | | Buy | 10/29/14 | K | | |
| 148. | | | | | Sold (part) | 12/03/14 | J | A | |
| 149. | | | | | Sold (part) | 12/11/14 | J | A | |
| 150. | | | | | Sold (part) | 12/12/14 | J | A | |
| 151. | | | | | Sold (part) | 12/15/14 | J | D | |
| 152. | | | | | Sold | 12/16/14 | K | D | |
| 153. CERNER CORP | None | | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 07/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  CHARTER COMMUNICATIONS INC | | None | K | T | | | | | |
| 155.  CHEVRON CORP | C | Dividend | L | T | Buy | 04/21/14 | J | | |
| 156. | | | | | Buy | 11/26/14 | J | | |
| 157.  CLEARWATER FL WTR/SWR B 5.0% 12/01/18 | D | Interest | M | T | | | | | |
| 158.  COACH INC | A | Dividend | | | Sold (part) | 05/07/14 | K | A | |
| 159. | | | | | Sold (part) | 05/08/14 | K | A | |
| 160. | | | | | Sold | 05/09/14 | J | A | |
| 161.  COMCAST CORP CL A | B | Dividend | M | T | Donated (part) | 12/11/14 | | | |
| 162.  CONOCOPHILLIPS | B | Dividend | L | T | Buy | 05/06/14 | J | | |
| 163. | | | | | Buy | 05/07/14 | J | | |
| 164. | | | | | Buy | 05/20/14 | J | | |
| 165. | | | | | Buy | 10/23/14 | J | | |
| 166. | | | | | Buy | 12/12/14 | J | | |
| 167.  DAIMLER AG ADR | B | Dividend | K | T | Buy | 03/31/14 | K | | |
| 168. | | | | | Buy | 09/25/14 | J | | |
| 169. | | | | | Sold (part) | 12/24/14 | J | A | |
| 170.  DANAHER CORP | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 07/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. DARDEN RESTAURANTS INC | A | Dividend | | | Sold (part) | 07/16/14 | J | A | |
| 172. | | | | | Sold | 07/17/14 | J | A | |
| 173. DELPHI AUTOMOTIVE PLC | A | Dividend | K | T | Buy | 01/07/14 | J | | |
| 174. | | | | | Buy | 01/08/14 | J | | |
| 175. | | | | | Buy | 01/09/14 | J | | |
| 176. DIAGEO PLC SPONSORED ADR | A | Dividend | J | T | | | | | |
| 177. DOW CHEMICAL CO | A | Dividend | K | T | Buy | 03/27/14 | K | | |
| 178. EATON CROP PLC | C | Dividend | M | T | | | | | |
| 179. EMERSON ELECTRIC CO | A | Dividend | K | T | Sold (part) | 03/31/14 | J | D | |
| 180. EOG RESOURCES INC | A | Dividend | K | T | | | | | |
| 181. ENSCO PLC-CL A | B | Dividend | | | Sold (part) | 03/31/14 | J | A | |
| 182. | | | | | Sold | 04/01/14 | J | A | |
| 183. AMERICAN FUNDS EUROPEAN GROWTH FUND | E | Dividend | P1 | T | | | | | |
| 184. GENPACT LTD | | None | | | Sold (part) | 03/13/14 | J | A | |
| 185. | | | | | Sold (part) | 03/14/14 | J | A | |
| 186. | | | | | Sold | 03/17/14 | J | A | |
| 187. GILEAD SCIENCES INC | | None | K | T | Sold (part) | 01/08/14 | J | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 07/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Donated (part) | 12/11/14 | | | |
| 189. GOLDMAN SACHS GROUP INC | B | Dividend | L | T | | | | | |
| 190. GOOGLE INC CL A | | None | K | T | Donated (part) | 12/11/14 | | | |
| 191. GUAM BUS PRIVILEGE TAX 11A 5.0% 01/01/18 | D | Interest | M | T | | | | | |
| 192. HALLIBURTON CO | A | Dividend | K | T | Sold (part) | 03/07/14 | K | E | |
| 193. | | | | | Sold (part) | 06/26/14 | J | D | |
| 194. | | | | | Sold (part) | 06/27/14 | J | C | |
| 195. HEXCEL CORP | | None | K | T | Buy | 01/17/14 | J | | |
| 196. | | | | | Sold (part) | 12/24/14 | J | A | |
| 197. HOME DEPOT INC | B | Dividend | L | T | Sold (part) | 03/28/14 | K | D | |
| 198. | | | | | Sold (part) | 05/20/14 | K | D | |
| 199. IDEX CORP | A | Dividend | K | T | Buy (add'l) | 03/28/14 | J | | |
| 200. | | | | | Buy | 04/03/14 | J | | |
| 201. | | | | | Buy | 04/07/14 | J | | |
| 202. INCYTE CORP | | None | K | T | Buy | 12/04/14 | J | | |
| 203. | | | | | Buy | 12/15/14 | J | | |
| 204. | | | | | Buy | 12/19/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.  IRON MOUNTAIN INC | D | Dividend | L | T | Buy | 05/14/14 | J | | |
| 206. | | | | | Buy | 05/15/14 | J | | |
| 207.  IRONWOOD PHARMACEUTICALS INC CL A | | None | | | Sold (part) | 03/28/14 | J | A | |
| 208. | | | | | Sold (part) | 03/31/14 | J | A | |
| 209. | | | | | Sold (part) | 04/01/14 | J | A | |
| 210. | | | | | Sold (part) | 04/02/14 | J | A | |
| 211. | | | | | Sold | 04/03/14 | J | A | |
| 212.  JABIL CIRCUIT INC | A | Dividend | K | T | Sold (part) | 03/31/14 | J | A | |
| 213. | | | | | Sold (part) | 04/01/14 | J | A | |
| 214.  JACK HENRY & ASSOC INC | B | Dividend | L | T | | | | | |
| 215.  JOHNSON CONTROLS INC | A | Dividend | | | Buy | 01/08/14 | J | | |
| 216. | | | | | Sold | 10/28/14 | J | A | |
| 217.  JP MORGAN CHASE & CO | B | Dividend | L | T | | | | | |
| 218.  LA CO CA MTA SALES TAX REV SR PROP C 13A 5.0% 07/01/20 | C | Interest | M | T | Buy | 08/19/14 | M | | |
| 219.  MARSH & MCLENNAN COS INC | B | Dividend | M | T | Buy | 03/31/14 | L | | |
| 220.  MICROSOFT CORP | B | Dividend | L | T | | | | | |
| 221.  MONSANTO CO NEW COM | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. MOSAIC CO/THE | A | Dividend | | | Sold (part) | 10/28/14 | K | A | |
| 223. | | | | | Sold | 12/24/14 | J | A | |
| 224. NATIONAL GRID PLC - SP ADR | B | Dividend | K | T | | | | | |
| 225. AMERICAN FUNDS NEW WORLD FUND | D | Dividend | O | T | | | | | |
| 226. NEWELL RUBBERMAID INC | B | Dividend | M | T | | | | | |
| 227. NIELSEN HOLDING NV | B | Dividend | M | T | | | | | |
| 228. NIKE INC CL B | A | Dividend | K | T | Sold (part) | 01/08/14 | J | C | |
| 229. NOBLE ENERGY INC | A | Dividend | K | T | Sold (part) | 12/24/14 | J | A | |
| 230. NORFOLK SOUTHERN CORP | B | Dividend | L | T | Sold (part) | 05/09/14 | J | B | |
| 231. | | | | | Sold (part) | 05/12/14 | J | B | |
| 232. NORWEGIAN CRUISE LINE HOLDINGS LTD | | None | K | T | Buy | 03/07/14 | J | | |
| 233. | | | | | Buy | 03/11/14 | J | | |
| 234. NOVO NORDISK A/S CL B ADR | A | Dividend | K | T | | | | | |
| 235. NUCOR CORP | A | Dividend | | | Sold (part) | 07/16/14 | K | D | |
| 236. | | | | | Sold | 07/17/14 | J | C | |
| 237. OR PROVIDENCE HLTH C SIFMA+100 FRN (MPT) | B | Interest | M | T | | | | | |
| 238. ORACLE CORP | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 07/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239.  PEPSICO INC | A | Dividend | | | Sold | 05/21/14 | K | D | |
| 240.  PFIZER INC | A | Dividend | K | T | | | | | |
| 241.  PHILIP MORRIS INTERNATIONAL INC | B | Dividend | K | T | Buy | 04/01/14 | K | | |
| 242.  PNC FINANCIAL SERVICES GROUP INC | A | Dividend | K | T | Buy | 04/23/14 | J | | |
| 243. | | | | | Buy | 09/24/14 | J | | |
| 244. | | | | | Buy | 09/25/14 | K | | |
| 245.  PRAXAIR INC | A | Dividend | K | T | Buy | 08/25/14 | J | | |
| 246. | | | | | Buy | 09/24/14 | J | | |
| 247. | | | | | Buy | 09/25/14 | J | | |
| 248. | | | | | Buy | 09/29/14 | J | | |
| 249.  PROCTER & GAMBLE CO | B | Dividend | K | T | Buy | 02/07/14 | J | | |
| 250.  PROGRESSIVE CORP OHIO | A | Dividend | | | Sold | 07/16/14 | J | C | |
| 251.  QUALCOMM INC | B | Dividend | K | T | | | | | |
| 252.  ROSS STORES INC | A | Dividend | J | T | Sold (part) | 04/10/14 | J | A | |
| 253. | | | | | Sold (part) | 06/19/14 | J | A | |
| 254. | | | | | Sold (part) | 08/22/14 | J | A | |
| 255. | | | | | Sold (part) | 10/10/14 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. SAN DIEGO CA REGL AIRPORT A 5.0% 07/01/18 | C | Interest | M | T | | | | | |
| 257. SAN DIEGO CO WTR 5.0% 07/01/16 | C | Interest | M | T | | | | | |
| 258. SAN DIEGO WTR NATL FGIC 5.25% 05/01/17 | D | Interest | M | T | | | | | |
| 259. SAN FRAN ARPT 2ND 06F NATL-FGIC 5.25% 05/01/20 | D | Interest | M | T | | | | | |
| 260. SCRIPPS NETWORKS INTERACTIVE CL A | A | Dividend | L | T | | | | | |
| 261. SCPPA MAGNOLIA PWR 11-A 5.00% 07/01/20 | C | Interest | M | T | | | | | |
| 262. SCPPA MEAD-ADELANTO 12A 5.0% 07/01/18 | D | Interest | M | T | | | | | |
| 263. SCHLUMBERGER LTD | B | Dividend | L | T | | | | | |
| 264. SCHWAB CHARLES NEW | A | Dividend | | | Sold | 04/16/14 | K | D | |
| 265. SEATTLE GENETICS INC | | None | K | T | Sold (part) | 03/27/14 | J | C | |
| 266. | | | | | Sold (part) | 04/01/14 | J | C | |
| 267. | | | | | Sold (part) | 04/08/14 | J | B | |
| 268. | | | | | Sold (part) | 04/09/14 | J | B | |
| 269. | | | | | Sold (part) | 04/22/14 | J | B | |
| 270. SIEMENS AG ADR | A | Dividend | K | T | Buy | 04/04/14 | K | | |
| 271. | | | | | Sold (part) | 12/24/14 | K | A | |
| 272. SIGNET JEWELERS LTD | A | Dividend | | | Sold (part) | 02/03/14 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | Sold (part) | 02/04/14 | J | C | |
| 274. | | | | | Sold (part) | 02/05/14 | J | C | |
| 275. | | | | | Sold (part) | 02/06/14 | J | C | |
| 276. | | | | | Sold | 02/07/14 | J | A | |
| 277. SIRIUS XM HOLDINGS | | None | K | T | | | | | |
| 278. STARBUCKS CORP | A | Dividend | K | T | Buy | 05/12/14 | J | | |
| 279. | | | | | Buy | 06/20/14 | J | | |
| 280. SSGA US GOV MONEY MARKET FUND | | None | N | T | | | | | |
| 281. ST JUDE MEDICAL | A | Dividend | L | T | Buy | 08/04/14 | J | | |
| 282. | | | | | Buy | 08/05/14 | J | | |
| 283. | | | | | Buy | 09/25/14 | L | | |
| 284. | | | | | Buy | 10/22/14 | J | | |
| 285. | | | | | Buy | 11/04/14 | J | | |
| 286. | | | | | Buy | 11/12/14 | J | | |
| 287. TARGET CORP | A | Dividend | | | Sold (part) | 05/22/14 | J | C | |
| 288. | | | | | Sold | 05/23/14 | J | C | |
| 289. TE CONNECTIVITY LTD | A | Dividend | | | Sold (part) | 09/24/14 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Sold | 09/25/14 | J | B | |
| 291. TEXAS INSTRUMENTS INC | B | Dividend | L | T | | | | | |
| 292. TIFFANY & CO NEW | A | Dividend | J | T | Sold (part) | 01/08/14 | J | B | |
| 293. | | | | | Sold (part) | 01/22/14 | J | C | |
| 294. | | | | | Sold (part) | 01/23/14 | J | B | |
| 295. | | | | | Sold (part) | 03/28/14 | J | B | |
| 296. | | | | | Sold (part) | 03/31/14 | J | B | |
| 297. | | | | | Sold (part) | 04/01/14 | J | A | |
| 298. | | | | | Sold (part) | 06/25/14 | J | D | |
| 299. | | | | | Sold (part) | 06/26/14 | J | D | |
| 300. TOWERS WATSON & COMPANY CL A | A | Dividend | K | T | Buy | 02/07/14 | J | | |
| 301. | | | | | Buy | 02/11/14 | J | | |
| 302. | | | | | Buy | 02/12/14 | J | | |
| 303. TURLOCK CA IRR DIS 5.0% 01/01/19 | B | Interest | M | T | Buy | 07/10/14 | M | | |
| 304. TUOLUMNE WIND REV CA TURLOCK IRR DT 5.25.% 01/01/24 | D | Interest | M | T | | | | | |
| 305. UC REGENTS CA LTD PROJ 12G 5.0% 05/15/22 | D | Interest | M | T | | | | | |
| 306. UNILEVER PLC ADR AMER SHS SPON | B | Dividend | L | T | Buy | 03/27/14 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 07/15/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Buy | 05/22/14 | J | | |
| 308. UNILEVER NV NY SHRS | A | Dividend | | | Buy | 01/21/14 | K | | |
| 309. | | | | | Buy | 02/10/14 | K | | |
| 310. | | | | | Buy | 02/11/14 | J | | |
| 311. | | | | | Buy | 02/12/14 | J | | |
| 312. | | | | | Sold | 03/27/14 | L | B | |
| 313. UNITED TECHNOLOGIES CORP | B | Dividend | L | T | | | | | |
| 314. UNITED HEALTH GROUP INC | A | Dividend | K | T | | | | | |
| 315. VERISIGN INC | | None | L | T | Buy | 04/23/14 | J | | |
| 316. | | | | | Buy | 04/24/14 | J | | |
| 317. VERIZON COMMUNICATIONS | B | Dividend | L | T | Buy | 04/01/14 | J | | |
| 318. | | | | | Buy | 08/25/14 | J | | |
| 319. | | | | | Buy | 08/26/14 | J | | |
| 320. VIACOM INC CLASS B | A | Dividend | K | T | Buy | 12/18/14 | K | | |
| 321. VISA INC CL A | A | Dividend | K | T | Buy | 09/25/14 | J | | |
| 322. | | | | | Donated (part) | 12/11/14 | | | |
| 323. WASTE CONNECTIONS INC | A | Dividend | L | T | Buy | 01/07/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 07/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. | | | | | Buy | 01/08/14 | J | | |
| 325. | | | | | Buy | 03/06/14 | J | | |
| 326. | | | | | Buy | 03/07/14 | J | | |
| 327. | | | | | Buy | 03/10/14 | J | | |
| 328. | | | | | Buy | 03/11/14 | J | | |
| 329. | | | | | Buy | 03/12/14 | J | | |
| 330. WELLS FARGO & CO (NEW) | B | Dividend | L | T | Buy | 01/10/14 | K | | |
| 331. | | | | | Buy | 03/28/14 | J | | |
| 332. | | | | | Buy | 03/31/14 | J | | |
| 333. | | | | | Buy | 04/01/14 | J | | |
| 334. TRUST #2 (4306) | | | | | | | | | |
| 335. CAPITAL GROUP ALTERNATIVE STRATEGIES | | None | O | T | Buy | 01/01/14 | N | | |
| 336. CAPITAL GROUP GLOBAL EQUITY FUND | E | Dividend | P1 | T | Sold (part) | 01/30/14 | J | A | |
| 337. | | | | | Sold (part) | 05/01/14 | J | A | |
| 338. | | | | | Sold (part) | 07/31/14 | J | A | |
| 339. | | | | | Sold (part) | 10/30/14 | J | A | |
| 340. CAPITAL GROUP CA SHORT TERM MUNI FUND | D | Dividend | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 07/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. CAPITAL GROUP EMERGING MARKETS GROWTH FUND INC | C | Dividend | | | Sold | 12/24/14 | M | A | |
| 342. CAPITAL GROUP CA CORE MUNICIPAL FUND T | D | Dividend | O | T | | | | | |
| 343. SSGA US GOV MONEY MARKET FUND | | None | M | T | | | | | |
| 344. MS Brokerage Asset Acct. | | | | | | | | | |
| 345. Alhambra CA Sch Dist 3.0% 08/01/26 | C | Interest | M | T | | | | | |
| 346. Amazon Inc. | | None | J | T | Distributed | 10/20/14 | J | | From Fargo Investment |
| 347. Aruba Network Service (X) | | None | K | T | | | | | |
| 348. Banning CA Sch Dist. 4.75% 08/01/23 | B | Interest | K | T | | | | | |
| 349. Belmont CA Fing Auth 4.0% 09/01/26 | C | Interest | M | T | | | | | |
| 350. Burbank CA Pub Fling 5.250% 12/01/17 | C | Interest | L | T | | | | | |
| 351. Buttonwillow CA Sch Dist 5.5% 11/01/27 | C | Interest | L | T | | | | | |
| 352. CA ST Dept Wtr 5.00% 05/01/21 | C | Interest | L | T | | | | | |
| 353. CA ed FACS 4.250% 10/01/18 | B | Interest | L | T | | | | | |
| 354. CA ST GO 5.0% 08/01/27 | C | Interest | M | T | | | | | |
| 355. CA ST GO 4.75% 09/01/28 | B | Interest | L | T | | | | | |
| 356. Cal ST Pub Works 5.25% 12/01/26 | D | Interest | M | T | | | | | |
| 357. CA ST Pub Works 5.25% 06/01/20 | C | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,000 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 07/15/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. CA ST Pub Works 4.200% 05/01/19 | C | Interest | M | T | | | | | |
| 359. CA ST Pub Works 5.000% 06/01/18 | C | Interest | | | Sold | 06/02/14 | M | | |
| 360. Carmichael CA WTR Dist 5.0% 11/01/25 | B | Interest | L | T | | | | | |
| 361. Chino Hills CA Tax Rev 4.25% 09/01/24 | B | Interest | L | T | | | | | |
| 362. Chula Vista CA Pub Fing 3.875% 09/01/17 | C | Interest | L | T | | | | | |
| 363. Chula Vista CA Sch Dist 4.0% 08/01/26 | C | Interest | M | T | | | | | |
| 364. Coachella CA Sch Dist 5.000% 08/01/19 | C | Interest | L | T | | | | | |
| 365. Cocrystal Pharma Inc. | | None | K | T | Buy | 12/10/14 | K | | |
| 366. Colton CA Sch Dist 3.25% 08/01/26 | C | Interest | M | T | | | | | |
| 367. Compton CA WTR Rev 5.625% 08/01/27 | D | Interest | M | T | | | | | |
| 368. Contra Costa CA Community Coll. 4.0% 08/01/28 | B | Interest | L | T | Buy | 08/27/14 | M | | |
| 369. Cupertino CA CTFS 3.0% 07/01/26 | C | Interest | M | T | | | | | |
| 370. Delano CA Sch Dist 4.000% 02/01/25 | C | Interest | M | T | | | | | |
| 371. Delano CA Sch Dist 4.5% 08/01/27 | C | Interest | | | Sold | 08/01/14 | M | B | |
| 372. Desert CA Cmuty Coll. 5.00% 08/01/23 | B | Interest | L | T | | | | | |
| 373. Dublin CA Sch Dist 5.0% 08/01/25 | B | Interest | L | T | | | | | |
| 374. East Side Sch Dist 5.0% 08/01/24 | C | Interest | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 07/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. El Monte CA Sch Dist. 5.000% 06/01/22 | C | Interest | M | T | | | | | |
| 376. Escondido CA CTFS 4.250% 09/01/19 | D | Interest | M | T | | | | | |
| 377. Fairfield CA Sch. Dist. 4.000% 08/07/27 | C | Interest | L | T | | | | | |
| 378. Fairfield CA Sch Dist. 3.0% 08/01/28 | B | Interest | M | T | Buy | 10/29/14 | M | | |
| 379. Fontana CA Pub Fing 4.000% 09/01/18 | D | Interest | M | T | | | | | |
| 380. Fremont CA Sch Dist 5.0% 08/01/25 | C | Interest | L | T | | | | | |
| 381. Gilead Sci Inc. | | None | M | T | Buy | 02/24/14 | L | | |
| 382. | | | | | Buy | 04/01/14 | K | | |
| 383. | | | | | Buy | 04/15/14 | L | | |
| 384. Hemet CA Sch Dist. 4.0% 08/01/23 | C | Interest | M | T | | | | | |
| 385. Huntington Beach CA Pub Fing 5.0% 09/01/25 | C | Interest | M | T | | | | | |
| 386. Imperial CNTY CA Sch Dist 3.25% 06/01/23 | B | Interest | L | T | | | | | |
| 387. Incyte Corp | | None | M | T | Buy | 11/03/14 | M | | |
| 388. Infoblox | | None | | | Sold | 02/24/14 | K | D | |
| 389. Jefferson CA Sch Dist. 5.000% 08/01/26 | C | Interest | M | T | | | | | |
| 390. Jefferson CA Sch Dist 5.0% 07/15/26 | C | Interest | M | T | | | | | |
| 391. Lake Arrowhead CA Dist Wtr 4.500% 10/01/26 | C | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. Liberty CA High Sch 4.250% 08/01/26 | B | Interest | L | T | | | | | |
| 393. Lincoln CA Sch Dist 4.500% 08/01/19 | C | Interest | | | Sold | 08/01/14 | M | | |
| 394. Lodi CA Elec Sys 4.5% 07/01/25 | C | Interest | L | T | | | | | |
| 395. Los Angeles CA Comm College 5.0% 08/01/26 | B | Interest | K | T | | | | | |
| 396. Los Angeles CA DWP 5.0% 07/01/26 | D | Interest | M | T | | | | | |
| 397. Los Angeles CA Sch Dist 4.75% 07/01/25 | C | Interest | M | T | | | | | |
| 398. Los Angeles CA Sch Dist. 4.50% 07/01/22 | B | Interest | L | T | | | | | |
| 399. Madera Co CTFS 4.250% 08/01/22 | C | Interest | L | T | | | | | |
| 400. Malibu CA CTFS 4.5% 07/01/27 | C | Interest | M | T | | | | | |
| 401. Montclair CA Fing Auth 3.875% 10/01/16 | C | Interest | | | Sold | 12/30/14 | M | | |
| 402. Mountain View CA High School 4.125% 08/01/16 | D | Interest | M | T | | | | | |
| 403. Napa Co CTFS 3.600% 02/01/17 | C | Interest | | | Sold | 12/30/14 | M | B | |
| 404. Oxnard CA Fing Auth 4.750% 06/01/24 | D | Interest | M | T | | | | | |
| 405. Palmdale CA Redev Agy 3.800% 09/01/16 | D | Interest | M | T | | | | | |
| 406. Palm Dersert CTFS 5.00% 04/01/22 | B | Interest | L | T | | | | | |
| 407. Palm Springs Sch Dist. 3.0% 08/01/27 | C | Interest | M | | Buy | 07/22/14 | M | | |
| 408. Pasadena CA CTFS 5.0% 02/01/24 | C | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. Pasadena CA Elec Rev 4.0% 08/01/24 | B | Interest | L | T | | | | | |
| 410. Placentia-Yorba Linda CA Sch Dist 2.75% 08/01/26 | C | Interest | L | T | | | | | |
| 411. Port Oakland CA Rev Ref 5.00% 11/01/21 | B | Interest | L | T | | | | | |
| 412. Redding CA Elec Sys. 5.0% 06/01/27 | B | Interest | L | T | | | | | |
| 413. Redlands CA Sch Dist. 5.000% 07/01/25 | D | Interest | M | T | | | | | |
| 414. Redondo Beach CA Sch Dist 4.0% 08/01/25 | C | Interest | M | T | | | | | |
| 415. Riverside Co CTFS 3.875% 11/01/14 | C | Interest | | | Sold | 11/03/14 | M | | |
| 416. Ruckus Wireless Inc. | | None | J | T | Sold (part) | 02/24/14 | K | D | |
| 417. Sacramento CA Util Dist 5.000% 05/15/14 | B | Interest | | | Sold | 05/15/14 | M | | |
| 418. Sacramento CA CTFS 5.000% 12/01/21 | B | Interest | K | T | | | | | |
| 419. Salinas CA CTFS 4.500% 09/01/20 | B | Interest | | | Sold | 03/03/14 | M | | |
| 420. San Diego CA Conv. Cnt 5.0% 04/15/26 | B | Interest | M | T | Buy | 07/22/14 | M | | |
| 421. San Diego PFFA 5.0% 10/15/25 | D | Interest | N | T | | | | | |
| 422. San Diego Co Wtr Auth 4.000% 05/01/20 | C | Interest | M | T | | | | | |
| 423. San Diego CA Sch Dist 5.5% 07/01/24 | D | Interest | M | T | | | | | |
| 424. San Diego CNTY CA Regl Trans 5.0% 04/01/29 | D | Interest | M | T | | | | | |
| 425. San Francisco CA Pub Util 5.0% 11/01/25 | C | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 29 of 42

**Name of Person Reporting**

Wardlaw, Kim M.

**Date of Report**

07/15/2015

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. San Francisco CA Pub Util 5.0% 11/01/26 | C | Interest | L | T | | | | | |
| 427. San Gabriel CA Sch Dist 5.25% 08/01/24 | D | Interest | M | T | | | | | |
| 428. San Juan CA Sch Dist 5.0% 08/01/25 | C | Interest | L | T | | | | | |
| 429. San Juan Capistrano Co Fing Auth 4.000% 12/01/17 | C | Interest | | | Sold | 11/20/14 | M | | |
| 430. San Leandro CA Sch Dist 4.5% 08/01/26 | C | Interest | L | T | | | | | |
| 431. Santa Cruz Co CTFS 3.875% 08/01/16 | D | Interest | M | T | | | | | |
| 432. Santa Cruz Co CTFS 4.200% 08/01/19 | C | Interest | L | T | | | | | |
| 433. Santa Rosa CA Sch Dist 3.800% 08/01/17 | B | Interest | | | Sold | 08/01/14 | L | | |
| 434. Santa Rosa CA Wtr Rev 5.0% 09/01/26 | D | Interest | M | T | | | | | |
| 435. Seattle Genetics | | None | M | T | Buy | 11/03/14 | M | | |
| 436. So Cal Logistics 4.125% 12/01/20 | C | Interest | L | T | | | | | |
| 437. So CA Pub Pwr Auth 5.150% 07/01/15 | D | Interest | M | T | | | | | |
| 438. So Gate CA fing Auth 5.250% 09/01/19 | B | Interest | | | Sold | 09/02/14 | K | | |
| 439. Stockton CA Sch Dist 5.000% 08/01/27 | B | Interest | M | T | Buy | 10/29/14 | M | | |
| 440. The Pantry common stock | | None | M | T | | | | | |
| 441. Tracy CA Jt Powers 4.200% 09/02/17 | B | Interest | | | Sold | 09/02/14 | K | | |
| 442. Western Riverside WTR 4.250% 09/01/21 | C | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 30 of 42

Name of Person Reporting

Wardlaw, Kim M.

Date of Report

07/15/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. Yountville CA Fin Auth 4.375% 10/01/24 | B | Interest | L | T | | | | | |
| 444. Yosemite CA Comm. College 5.0% 08/01/25 | B | Interest | M | T | | | | | |
| 445. MS Bank Deposit | A | Interest | J | T | | | | | |
| 446. FS Equity Partners IV | | | | | | | | | |
| 447. Sur La Table | | None | M | U | | | | | |
| 448. Ross-Simmons | | None | M | U | | | | | |
| 449. FS Equity Partners V | | | | | | | | | |
| 450. H.H. Gregg Inc common stock | | None | N | U | | | | | |
| 451. Smile Brands Inc common stock | | None | N | U | | | | | |
| 452. PETCO Animal Supply common stock | | None | N | U | | | | | |
| 453. El Pollo Loco Inc common stock | | None | N | U | Sold (part) | 11/28/14 | P1 | G | |
| 454. FS Equity Partners VI | | | | | | | | | |
| 455. Paradise Holdings common stock | G | Dividend | N | U | | | | | |
| 456. BECO Holding Co common stock | | None | | | Sold | 09/03/14 | P1 | G | |
| 457. Floor and Decor common stock | G | Dividend | O | U | | | | | |
| 458. Boot Barn common stock | G | Dividend | N | U | | | | | |
| 459. First Watch common stock | | None | N | U | Buy | 05/24/14 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 460. MicroStar common stock | G | Dividend | O | U | | | | | |
| 461. Arhous common stock | | None | O | U | | | | | |
| 462. totes Isotoner Holdings Corp. common stock | | None | O | U | Buy | 04/25/14 | O | | |
| 463. FS Equity Partners VII | | | | | | | | | |
| 464. totes Isotoner Holdings Corp common stock | | None | M | U | Buy | 07/09/14 | M | | |
| 465. Plantation Products, LLC | | None | O | U | Buy | 12/18/14 | O | | |
| 466. Riordan Venture Association | | | | | | | | | |
| 467. Cymetrix Corp common stock | | None | | | Sold | 06/04/14 | J | C | |
| 468. Installer's Edge (formerly Saebro Inc) common stock | | None | | | Sold | 07/16/14 | J | | |
| 469. TW Holdings common stock | | None | J | U | | | | | |
| 470. Avella, Inc. preferred stock | | None | J | U | | | | | |
| 471. Secure Mission Solutions LLC | | None | | | Sold | 04/25/14 | K | D | |
| 472. ONE Industries common stock | | None | J | U | | | | | |
| 473. Bluewolf Group LLC | | None | K | U | Buy | 12/27/14 | J | | |
| 474. Siteworx | | None | J | U | | | | | |
| 475. Chartis Group | | None | J | U | | | | | |
| 476. RGM Group | | None | J | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 J =$15,000 or less P3 =$25,000,001 - $50,000,000 | G =$100,001 - $1,000,000 K =$15,001 - $50,000 | H1 =$1,000,001 - $5,000,000 L =$50,001 - $100,000 | H2 =More than $5,000,000 M =$100,001 - $250,000 P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | N =$250,001 - $500,000 S =Assessment W =Estimated | O =$500,001 - $1,000,000 P4 =More than $50,000,000 T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. Patient Care America (formerly DCRX Infusion) | | None | J | U | | | | | |
| 478. Clarity Solution Group | | None | L | U | Buy | 05/20/14 | L | | |
| 479. Inspirage LLC | | None | K | U | Buy | 12/09/14 | K | | |
| 480. Bistro 45 common stock | A | Dividend | J | U | | | | | |
| 481. MS Retire Accts (401k-profit) | | | | | | | | | |
| 482. Invesco Pacific Growth Fund | C | Dividend | M | T | | | | | |
| 483. MSDW Liquid Asset Account Trust Fund | A | Dividend | K | T | | | | | |
| 484. Hewlett Packard common stock | A | Dividend | K | T | | | | | |
| 485. Proctor & Gamble common stock | C | Dividend | M | T | | | | | |
| 486. Altria Group common stock | B | Dividend | K | T | | | | | |
| 487. Cisco Sys common stock | B | Dividend | K | T | | | | | |
| 488. Kraft Foods Inc common stock | A | Dividend | J | T | | | | | |
| 489. Mondelez Int'l common stock | A | Dividend | J | T | | | | | |
| 490. Philip Morris | B | Dividend | K | T | | | | | |
| 491. Invesco Div. Growth Fund | C | Dividend | M | T | | | | | |
| 492. American Funds New World Fund | C | Dividend | O | T | Buy | 01/27/14 | L | | |
| 493. Trust #3 (M/S UTM-K) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. General Elec common stock | A | Dividend | J | T | | | | | |
| 495. American Funds New World Fund | A | Dividend | J | T | | | | | |
| 496. Trust #4 (IR-W) | | | | | | | | | |
| 497. CAPITAL GROUP CORE MUNICIPAL FUND | C | Dividend | M | T | Buy | 09/09/14 | J | | |
| 498. CAPITAL GROUP ALTERNATIVE STRATEGIES | | None | O | T | Buy | 01/01/14 | N | | |
| 499. CAPITAL GROUP CA CORE MUNICIPAL FUND | D | Dividend | N | T | Sold (part) | 01/30/14 | J | A | |
| 500. AMERICAN FUNDS EUROPACIFIC GROWTH FUND | B | Dividend | L | T | Sold (part) | 09/09/14 | J | A | |
| 501. AMERICAN FUNDS FUNDAMENTAL INVESTORS | D | Dividend | N | T | Sold (part) | 05/01/14 | J | A | |
| 502. AMERICAN FUNDS GROWTH FUND OF AMERICA | C | Dividend | N | T | Sold (part) | 07/31/14 | J | A | |
| 503. AMERICAN FUNDS CAPITAL INCOME BUILDER | D | Dividend | M | T | Sold (part) | 10/30/14 | J | A | |
| 504. AMERICAN FUNDS CAPITAL WORLD GROWTH & INCOME FD | D | Dividend | N | T | | | | | |
| 505. AMERICAN FUNDS NEW PERSPECTIVE FUND | C | Dividend | N | T | | | | | |
| 506. AMERICAN FUNDS NEW WORLD FUND | C | Dividend | N | T | | | | | |
| 507. AMERICAN FUNDS SMALL CAP WORLD | | None | M | T | | | | | |
| 508. SSGA US GOV Money Mkt Fund (formerly Cash Management Trust of America) | | None | J | T | | | | | |
| 509. Trust #5 (IR-K) | | | | | | | | | |
| 510. CAPITAL GROUP CORE MUNICIPAL FUND | C | Dividend | M | T | Buy | 09/09/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 07/15/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 511. CAPITAL GROUP ALTERNATIVE | | None | O | T | Buy | 01/01/14 | N | | |
| 512. CAPITAL GROUP CA CORE MUNICIPAL FUND | D | Dividend | N | T | Sold (part) | 01/30/14 | J | A | |
| 513. AMERICAN FUNDS EUROPACIFIC GROWTH | B | Dividend | L | T | Sold (part) | 09/09/14 | J | A | |
| 514. AMERICAN FUNDS FUNDAMENTAL INVESTORS | D | Dividend | N | T | Sold (part) | 05/01/14 | J | A | |
| 515. AMERICAN FUNDS GROWTH FUND OF AMERICA | C | Dividend | N | T | Sold (part) | 07/31/14 | J | A | |
| 516. AMERICAN FUNDS CAPITAL INCOME BUILDER | D | Dividend | M | T | Sold (part) | 10/30/14 | J | A | |
| 517. AMERICAN FUNDS CAPITAL WORLD GROWTH & INCOME FD | D | Dividend | N | T | | | | | |
| 518. AMERICAN FUNDS NEW PERSPECTIVE FUND | C | Dividend | N | T | | | | | |
| 519. AMERICAN FUNDS NEW WORLD FUND | C | Dividend | N | T | | | | | |
| 520. AMERICAN FUNDS SMALL CAP WORLD FUND | | None | M | T | | | | | |
| 521. SSGA US GOV Money Mkt Fund (formerly Cash Management Trust of America) | | None | J | T | | | | | |
| 522. Trust #6 (98-W) | | | | | | | | | |
| 523. Invesco Dividend Growth | B | Dividend | K | T | Sold (part) | 11/03/14 | L | | |
| 524. American Funds New World Fund | C | Dividend | N | T | | | | | |
| 525. Incyte Corp | | None | K | T | Buy | 11/03/14 | K | | |
| 526. Seattle Genetics Inc | | None | K | T | Buy | 11/03/14 | K | | |
| 527. MSDW Active Money Trust | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 07/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. HH Gregg Inc common stock | | None | J | U | | | | | |
| 529. Smile Brands common stock | | None | J | U | | | | | |
| 530. PETCO Animal Supply common stock | | None | J | U | | | | | |
| 531. El Pollo Loco common stock | | None | J | U | Sold (part) | 11/28/14 | M | G | |
| 532. CAPITAL GROUP CORE MUNICIPAL FUND | C | Dividend | M | T | Buy | 12/05/14 | K | | |
| 533. CAPITAL GROUP ALTERNATIVE STRATEGIES | | None | O | T | Buy | 01/01/14 | N | | |
| 534. CAPITAL GROUP CA CORE MUNICIPAL FUND | D | Dividend | N | T | Buy | 12/05/14 | K | | |
| 535. AMERICAN FUNDS EUROPACIFIC GROWTH FUND | C | Dividend | M | T | Buy | 12/29/14 | K | | |
| 536. AMERICAN FUNDS FUNDAMENTAL INVESTORS CL | D | Dividend | O | T | Sold (part) | 05/01/14 | J | A | |
| 537. | | | | | Sold (part) | 07/31/14 | J | A | |
| 538. | | | | | Sold (part) | 10/30/14 | J | A | |
| 539. AMERICAN FUNDS INVESTMENT COMPANY OF AMERICA | D | Dividend | N | T | Buy | 12/29/14 | J | | |
| 540. AMERICAN FUNDS NEW PERSPECTIVE FUND | C | Dividend | N | T | Buy | 12/29/14 | J | | |
| 541. AMERICAN FUNDS NEW WORLD FUND | C | Dividend | N | T | Buy | 01/17/14 | J | | |
| 542. AMERICAN FUNDS CAPITAL INCOME BUILDER | D | Dividend | N | T | Buy | 12/29/14 | K | | |
| 543. AMERICAN FUNDS GROWTH FUND OF AMERICA | C | Dividend | N | T | | | | | |
| 544. AMERICAN FUNDS SMALL CAP WORLD FUND | | None | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 07/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. SSGA US Gov Money Fund (formerly American Funds Cash Mgmt Trust) | | None | M | T | | | | | |
| 546. Trust #7 (98-K) | | | | | | | | | |
| 547. Invesco Dividend Growth | B | Dividend | L | T | Sold (part) | 11/28/14 | L | | |
| 548. American Funds New World Fund | C | Dividend | N | T | | | | | |
| 549. Incyte Corp | | None | K | T | Buy | 11/03/14 | K | | |
| 550. Seattle Genetics | | None | K | T | Buy | 11/03/14 | K | | |
| 551. MSDW Active Money Trust | A | Dividend | J | T | | | | | |
| 552. HH Gregg Inc common stock | | None | J | U | | | | | |
| 553. Smile Brands common stock | | None | J | U | | | | | |
| 554. PETCO Animal Supply common stock | | None | J | U | | | | | |
| 555. El Pollo Loco common stock | | None | J | U | Sold (part) | 11/28/14 | M | G | |
| 556. CAPITAL FUND CORE MUNICIPAL FUND | C | Dividend | M | T | Buy | 12/05/14 | K | | |
| 557. CAPITAL GROUP ALTERNATIVE STRATEGIES | | None | O | T | Buy | 01/01/14 | N | | |
| 558. CAPITAL GROUP CA CORE MUNICIPAL FUND | D | Dividend | N | T | Buy | 12/05/14 | K | | |
| 559. AMERICAN FUNDS EUROPACIFIC GROWTH FUND | C | Dividend | M | T | Buy | 12/29/14 | K | | |
| 560. AMERICAN FUNDS FUNDAMENTAL INVESTORS CL | D | Dividend | O | T | Sold (part) | 05/01/14 | J | A | |
| 561. | | | | | Sold (part) | 07/31/14 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 37 of 42

Name of Person Reporting

Wardlaw, Kim M.

Date of Report

07/15/2015

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562. | | | | | Sold (part) | 10/30/14 | J | A | |
| 563. AMERICAN FUNDS INVESTMENT COMPANY OF AMERICA | D | Dividend | N | T | Buy | 12/29/14 | J | | |
| 564. AMERICAN FUNDS NEW PERSPECTIVE FUND | C | Dividend | N | T | Buy | 12/29/14 | J | | |
| 565. AMERICAN FUNDS NEW WORLD FUND | C | Dividend | N | T | Buy | 01/17/14 | J | | |
| 566. AMERICAN FUNDS CAPITAL INCOME BUILDER | D | Dividend | N | T | Buy | 12/29/14 | K | | |
| 567. AMERICAN FUNDS GROWTH FUND OF AMERICA | C | Dividend | N | T | | | | | |
| 568. AMERICAN FUNDS SMALL CAP WORLD FUND | | None | L | T | | | | | |
| 569. SSGA US Gov Money Fund (formerly American Funds Cash Mgmt Trust) | | None | M | T | | | | | |
| 570. Real Estate Partnership - Lau | | None | M | U | | | | | |
| 571. Real Estate Partnership - Lau W | | None | M | U | Buy | 02/26/14 | J | | |
| 572. | | | | | Buy | 08/05/14 | K | | |
| 573. | | | | | Buy | 09/03/14 | J | | |
| 574. Citibank Money Market Fund | C | Interest | O | T | | | | | |
| 575. Citibank Checking | A | Interest | M | T | | | | | |
| 576. Citibank Checking | A | Interest | L | T | | | | | |
| 577. Fargo Investment Partnership | | None | M | U | Distributed (part) | 10/20/14 | M | | to MS Brokerage |
| 578. JRK Multifamily LP | | None | N | U | Buy | 07/23/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579. Urban Housing Investment Fund | | None | L | U | Sold (part) | 07/11/14 | K | | |
| 580. JP Morgan Account | | | | | | | | | |
| 581. Bluebay Emerging Market Fund | | None | O | T | | | | | |
| 582. Gavea Fund | | None | L | T | Redeemed (part) | 09/22/14 | P1 | | |
| 583. Global Access Explorer Fund | | None | M | T | Redeemed (part) | 07/29/14 | O | | |
| 584. Maverick Fund | | None | O | T | | | | | |
| 585. York Credit Opportunity Fund | | None | P1 | T | | | | | |
| 586. Blackstone Real Estate Fuind | | None | O | T | | | | | |
| 587. JPM Realty Income Fund | B | Dividend | | | Sold | 10/30/14 | M | E | |
| 588. IPath-UBS Commodity Index Fund | | None | | | Sold | 01/08/14 | M | | |
| 589. Soc. Generale Gold Lev CBEN 10/02/14 | | None | | | Redeemed | 10/08/14 | M | | |
| 590. Soc. Generale Lev Cont Bank 01/14/15 | | None | M | T | | | | | |
| 591. JPM STRAT Income Fund | B | Dividend | | | Sold | 10/30/14 | M | | |
| 592. JPM Mort-Backed Fund | D | Dividend | | | Sold | 01/08/14 | L | | |
| 593. JP Morgan Floating Rate Fund | D | Dividend | | | Sold | 10/30/14 | M | | |
| 594. Brevan Howard Emerging Market Fund | | None | | | Redeemed | 01/27/14 | N | | |
| 595. JP Morgan Tri Ex Fund | A | Dividend | | | Sold | 01/09/14 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 596.  Soc. Generale PIMS 02/03/14 | | None | | | Redeemed | 02/03/14 | L | | |
| 597.  JP Morgan Multi Sector Income Fund | B | Dividend | M | T | Buy | 01/08/14 | M | | |
| 598.  Shannon River Partners | | None | N | T | Buy | 02/28/14 | N | | |
| 599.  Goldman Sachs Group European Note | | None | L | T | Buy | 05/23/14 | L | | |
| 600.  Third Point Partners | | None | P1 | T | Buy | 09/30/14 | P1 | | |
| 601.  Citi Acct | | | | | | | | | |
| 602.  Alvord CA 5R Dist 5.0% 08/01/27 | D | Interest | N | T | | | | | |
| 603.  Cal ST GO 4.5% 08/01/26 | E | Interest | N | T | | | | | |
| 604.  Cal ST Pub Works 4.0% 06/01/27 | D | Interest | N | T | | | | | |
| 605.  Fresno CA Sch Dist 5.25% 08/01/27 | D | Interest | M | T | | | | | |
| 606.  Fresno CA Sch Dist 3.5% 08/01/26 | C | Interest | M | T | | | | | |
| 607.  Gilroy CA Fing Auth 4.0% 11/01/24 | D | Interest | M | T | | | | | |
| 608.  Hollister CA Find Auth 5.0% 06/01/25 | C | Interest | L | T | | | | | |
| 609.  Kern Cnty CA Wtr Dist. 5.0% 05/01/28 | D | Interest | M | T | | | | | |
| 610.  Oceanside CA Sch Dist 4.5% 08/01/28 | D | Interest | M | T | | | | | |
| 611.  Redwood City CA Sch Dist 3.0% 08/01/26 | C | Interest | M | T | | | | | |
| 612.  San Luis Obispo CA CAP IMPR 4.0% 12/01/27 | D | Interest | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 613. Santa Clara CA Sch Dist 3.5% 07/01/24 | C | Interest | M | T | | | | | |
| 614. Stockton CA Sch Dist 5.0% 08/01/24 | C | Interest | M | T | | | | | |
| 615. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 41 of 42

Name of Person Reporting

Wardlaw, Kim M.

Date of Report

07/15/2015

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

# FINANCIAL DISCLOSURE REPORT

Page 41 of 42

Name of Person Reporting

Wardlaw, Kim M.

Date of Report

07/15/2015

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Kim M. Wardlaw**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544